## W. H. WHITE v. J. M. GOFFE.

A justice of the peace, who receives and receipts for a note for collection, in his *official* capacity, does not thereby become a collecting agent for the owner of it ; and is not responsible for failing to institute a suit in another precinct than his own.

The mere fact that the claim has become barred by the statute of limitations, while in his hands, does not render him liable for the amount, without the institution of a suit against the maker, on the assumption that the latter would plead the statute.

ERROR from Goliad. Tried below before the Hon. M. P. Norton.

This suit was commenced in a Justice's Court, on the 13th of August, 1853, by William H. White against J. M. Goffe, a justice of. the peace of Goliad county, for failing to issue the necessary process for the collection of a promissory note for $50, and interest, made by one Giles Carter, of the same county, dated the 1st of March, 1851, and becoming due on the 1st of November, 1851, for the collection of which the defendant, as an acting justice of the peace, had given his receipt; and for permitting the same to become barred by the statute of limitations, without collecting or causing suit to be brought thereon, the maker being then, and continuing a resident of the county, and responsible for the amount. The plaintiff, who was the payee of the note, sued for the amount thereof, with interest.

On the trial of the case in the District Court, the [defendant demurred, and pleaded the general issue ; and also that the plaintiff neither gave nor tendered any security for costs for the prosecution of the suit ; and that the maker of the note, was not a resident of the precinct of which he was justice of the peace, at the time he received the said note.

A jury was waived, and the cause submitted to the court. The plaintiff read in evidence the receipt of the defendant, as follows :

"Rec'd, Goliad, Goliad county, Texas, of John Ireland, a

note on Giles Carter, for fifty dollars, payable the first day of Nov. 1851, to William· H. White, or bearer, dated March 1st, 1851, with interest from date, for collection, subject to his order when collected.

"J. M. GOFFE, J. P., G. C.

" Goliad, October 1st, 1855."

It was proved by John Ireland, that he sent the note to the defendant, on behalf of the plaintiff, with special instructions to him, not to permit the statute of limitations to bar its collection. That he himself had no discretion, in the collection of the note, from the plaintiff, nor did he give any to the defendant. It was proved, that suit had not been brought by the defendant; that it was barred by limitation; and that the maker was, and had remained solvent and responsible for the amount of the note. The maker of the note resided in a different precinct in the county, from that in which the defendant resided, and there was an acting justice of the peace in the precinct of the former.

Judgment was rendered in favor of the defendant.

*F. Faunt Le Roy*, for the plaintiff in error.

*A. H. Phillips*, for the defendant in error.

ROBERTS, J.—The judgment is affirmed. The facts presented in the record show no liability incurred by the defendant below. A justice of the peace, receiving and receipting for a note, for collection, in his official capacity, does not become a collecting agent for the owner of the note. He is not responsible, therefore, for not causing a suit to be instituted in another precinct, in which the maker resided.

Another objection to the cause of action is, that it is taken for granted that the maker of the note would plead the statute of limitations, without his having been sued upon the note.

Judgment affirmed.